1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM L. STEWART, JR.,          ) | Case No.: 1:11-cv-01814 – JLT (PC) |
| )                                                          | |
| Plaintiff,           ) | ORDER REQUIRING PLAINTIFF TO RESUBMIT |
| )                                                          | AND CLARIFY HIS CONSENT TO PROCEED |
| v.                    ) | BEFORE THE U.S. MAGISTRATE JUDGE |
| )                                                          | |
| BRIGHT, et al,     ) | (Doc. 10) |
| )                                                          | |
| Defendants.       ) | |
| )                                                          | |

Plaintiff William Junior Stewart ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. (Docs. 1, 5). In accordance with the the Court's Order, dated March 25, 2013, (Doc. 8), Plaintiff submitted his form to consent or decline to proceed before the United States Magistrate Judge ("form") on April 5, 2013. (Doc. 10).

While the form advises Plaintiff to "sign <u>*only one*</u> section of [the] form," Plaintiff affixed his signature to both the consent and decline portions of the form. (Doc. 10)(emphasis in original). Plaintiff must clarify whether he consents <u>*or*</u> declines to proceed before the Magistrate Judge in this matter. Thus, Plaintiff is directed to resubmit his form. In re-submitting his form, Plaintiff is advised to check and sign *either* the consent *or* decline portion of the form, but not both portions.

**ORDER**

Accordingly, the Court **ORDERS** that:

1. Plaintiff **SHALL RESUBMIT** his form and **CLARIFY** whether he consents or declines to proceed before the United States Magistrate Judge; and

2. The Clerk of the Court is **DIRECTED** to re-send Plaintiff the form to consent or decline to proceed before the United States Magistrate Judge.

IT IS SO ORDERED.

Dated:   **April 9, 2013**                             **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE